UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DONALD W. SANDERS, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 1:21-CV-117-SEP |
| MARK DOBBS, et al., | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

Before the Court is the filing of the last known residential address for Defendant Brandon Lowe by the attorneys for Defendants Mark Dobbs and Derek House. Doc. [36]. Because Plaintiff Donald W. Sanders is proceeding *in forma pauperis*, the Court will direct the Clerk of Court to effectuate service of process through the United States Marshal's Office, using the address provided in Doc. [36]. *See* Fed. R. Civ. P. 4(c)(3). A copy of the summons and return of summons shall be filed under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall effectuate service of process via the United States Marshal's Office upon Defendant Brandon Lowe in his individual capacity at the address provided in Doc. [36].

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and *ex parte*.

Dated this 31st day of January, 2023.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE